# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 5, 2007

Charles R. Fulbruge III
Clerk

No. 07-50197
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MANUEL ESPARZA-ORNELAS

Defendant-Appellant

Consolidated with
No. 07-50201
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MANUEL ESPARZA-ORNELAS, also known as Manuel Esparza-Gonzalez

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:00-CR-951-ALL
USDC No. 3:06-CR-1697-ALL

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgments in Criminal Cases, Manuel Esparza-Ornelas raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), petition for cert. filed (Aug. 28, 2007) (No. 07-6202). The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.